UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELJWUN KEYS,<br><br>    Petitioner,<br><br>  v.<br><br>JEANNE WOODFORD,<br><br>    Respondent. | 1:06-cv-00713-OWW-TAG-HC<br><br>ORDER GRANTING EXTENSION OF TIME TO SUBMIT NEW APPLICATION TO PROCEED IN FORMA PAUPERIS AND CERTIFIED COPY OF TRUST ACCOUNT STATEMENT **OR** PAY FILING FEE<br>(Doc. 7)<br><br>ORDER DIRECTING CLERK TO SEND IFP APPLICATION TO PETITIONER |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On August 15, 2006, Petitioner filed a motion to extend time to comply with the Court's order of July 17, 2006, in which Petitioner was ordered to pay the filing fee for this action **or** submit an application to proceed in forma pauperis and a certified copy of his trust account statement. (Doc. 7). Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

1. Petitioner's motion for an extension of time to comply with the Court's order (Doc. 7), is hereby GRANTED. Petitioner is granted thirty (30) days from the date of service of this order in which to pay the $5.00 filing fee for this action, **or in the alternative**, to submit a new application to proceed in forma pauperis and a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the petition;

2. The Clerk shall send to Petitioner the form for application to proceed in forma pauperis by a prisoner.

IT IS SO ORDERED.

Dated:  **September 5, 2006**             **/s/ Theresa A. Goldner**
**j6eb3d**                                        UNITED STATES MAGISTRATE JUDGE